# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 JAN 17 P 4:03
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Manuel Gurrola )
)
)

CASE NUMBER 08mj75

ABSTRACT OF ORDER

Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  1/17/08  the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ 10,000 bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
      _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
       Deputy Clerk

Received _____
         DUSM

Crim-9   (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY