# United States District Court

for

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 24 PM 12:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. GURROLA, MANUEL            Docket No. 08MJ0075-001

**Petition for Action on Conditions of Pretrial Release**

Comes now Kimura Hilton Pretrial Services Officer Assistant presenting an official report upon the conduct of defendant GURROLA, MANUEL who was placed under pretrial release supervision by the Honorable Louisa S. Porter sitting in the court at San Diego, on the 17th day of January, 2008, under the following conditions:

Restrict travel to Southern District of California; restrict travel to Central District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both; execute a personal appearance bond in the amount of $10,000 Secured by: co-signed by 1 financially responsible (related) adults.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On January 22, 2008, the defendant stated he uses marijuana on a daily basis and he is seeking treatment. This information was not known at the time the bond conditions were addressed. The defendant, Assistant U.S. Attorney Caroline Han, defense counsel Shaffy Moeel and surety George Gurrola are not opposed to this modification.

**PRAYING THAT THE COURT WILL MODIFY THE CURRENT CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO SUBMIT TO TREATMENT AND TESTING FOR DRUGS.**

ORDER OF COURT

Considered and ordered this 23 day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
The Honorable Louisa S. Porter
U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 23, 2008

Respectfully,
Kimura Hilton
Kimura Hilton, U.S. Pretrial Services Officer Assistant

Place   San Diego, California

Date   January 23, 2008