# United States District Court
### for
### SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. GURROLA, MANUEL        Docket No. 08CR0166IEG-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer Assistant presenting an official report upon the conduct of defendant MANUEL GURROLA who was placed under pretrial release supervision by the Honorable Louisa S. Porter sitting in the court at San Diego, on the 10th day of January, 2008, under the following conditions:

Restrict travel to Southern & Central Districts of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; and actively seek and maintain full-time employment, schooling, or combination both

On January 23, 2008, Magistrate Judge Louisa S. Porter ordered the defendant to submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drugs.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**Condition violated:** not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription

1. The defendant submitted urine specimens on January 24, 25, 29, 30, and 31, 2008, which tested positive for Marijuana and Methamphetamine. The defendant admitted to using the illicit substances on several occasions since his release on bond. The defendant, Assistant U.S. Attorney Caroline Han, defense counsel Shaffy Moeel and surety George Gurrola are not opposed to the modification.

**PRAYING THAT THE COURT WILL MODIFY THE CURRENT CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO PARTICIPATE IN AND SUCCESSFULLY COMPLETE AN INPATIENT PROGRAM AS DIRECTED BY PRETRIAL SERVICES.**

ORDER OF COURT

Considered and ordered this 5 day of February, 2008 and ordered filed and made a part of the records in the above case.

The Honorable Irma E. Gonzalez
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 4, 2008

Respectfully,

Boris Ilic
U.S. Pretrial Services Officer

Place __San Diego, California__
Date __February 4, 2008__