**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs   MANUEL GURROLA                                          No.   08R166-IEG

The Court finds excludable delay, under the section indicated by check ( √ ),

commenced on __February 7, 2008__ and ended on ___5/5/08___ ; (      )

_____ and ended on _____ . (      )

**3161(h)**

____ (1)(A)      Exam or hrg for **mental or physical incapacity**                    A

____ (1)(B)      **NARA exam**ination (28:2902)                                        B

____ (1)(D)      State or Federal trials or **other charges pending**                 C

____ (1)(E)      **Interlocutory appeals**                                            D

____ (1)(F)      **Pretrial motions** (from flg to hrg or other prompt dispo)         E

____ (1)(G)      **Transfers from other district** (per FRCrP 20, 21 & 40)            F

____ (1)(J)      **Proceedings under advisement** not to exceed thirty days           G

____             Misc proc:  Parole or prob rev, deportation, **extradition**         H

____ (1)(H)      **Transportation** from another district or to/from examination     6
                 or hospitalization in ten days or less

_√_ (1)(I)       Consideration by Court of **proposed plea agreement**                7

____ (2)         **Prosecution deferred** by mutual agreement                         I

____ (3)(A)(B)   **Unavailability of defendant** or **essential witness**             M

____ (4)         Period of **mental or physical incompetence** of defendant to        N
                 stand trial

____ (5)         Period of **NARA commitment or treatment**                           O

____ (6)         **Superseding indictment and/or new charges**                        P

____ (7)         **Defendant awaiting trial of co-defendant** when no severance       R
                 has been granted

____ (8)(A)(B)   **Continuances** granted per (h)(8)-use "T" alone if more than       T
                 one of the reasons below are given in support of continuance

____ (8)(B)(I)   1) Failure to grant a **continuance** in the proceeding             T1
                    would result in a **miscarriage of justice** and
                    the ends of justice outweigh the best interest
                    of the public and the defendant in a speedy trial.
                    **(Continuance - miscarriage of justice)**
   √             2) Failure to grant a **continuance** of the trial would result in
                    a miscarriage of justice as the defendant has tendered a
                    guilty plea to a magistrate judge and is awaiting a
                    determination as to whether the plea will be accepted.
                    **(Continuance - tendered a guilty plea)**

____ (8)(B)(ii)  2) **Case** unusual or **complex**                                   T2

____ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

____ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, T4
                    or give reasonable time to prepare
                    **(Continuance re counsel)**

____ 3161(I)     Time up to **withdrawal of guilty plea**                             U

____ 3161(b)     **Grand jury indictment time extended** thirty (30) more days        W

Date __2/7/08__                                              Judge's Initials