1  **SHAFFY MOEEL**
   California State Bar No. 238732
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4
5  Attorneys for Mr. Gurrola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0166-IEG |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CHANGE DATE OF SELF-SURRENDER |
| **MANUEL GURROLA**, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties (and with no opposition from Pre-Trial Services) that Manuel Gurrola's date to self-surrender to the custody of the U.S. Marshals should be changed from August 4, 2008 at 12:00 p.m. to September 2, 2008, at 12:00 p.m.

**ON THE BASIS OF THE FOREGOING**, this Court is respectfully requested to change Mr. Gurrola's date of self-surrender.

                                          Respectfully submitted,

DATED: July 18, 2008                      *s/ Shaffy Moeel*
                                          **SHAFFY MOEEL**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Mr. Gurrola

DATED: July 18, 2008                      *s/ Carlos Cantu*
                                          **CARLOS CANTU**
                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Carlos O. Cantu**
Carlos.Cantu@usdoj.gov,barbara.townsend@usdoj.gov,Efile.dkt.gc1@usdoj.gov

Dated: July 18, 2008

*/s/ Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Shaffy_Moeel@fd.org

06CR2690