UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0166-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO CHANGE DATE OF SELF-SURRENDER |
| **MANUEL GURROLA**, | ) | |
| Defendant. | ) | |

Motion to change date of self-surrender having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Mr. Gurrola's self-surrender date be changed from August 4, 2008, at 12:00 p.m. to September 2, 2008, at 12:00 p.m.

**SO ORDERED.**

**DATED: July 21, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**