1 | SHAFFY MOEEL
California State Bar Number 238732
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4
5 | Attorneys for Defendant Gurrola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. IRMA E. GONZALEZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0166-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF DATE TO SELF-SURRENDER |
| MANUEL GURROLA, | ) | |
| Defendant. | ) | |

I, **MANUEL GURROLA,** hereby acknowledge that my date to self-surrender to an institution is scheduled on or before September 2, 2008 by 12:00 p.m.

I declare that the foregoing is true and correct.

DATED: 7-23-08

MANUEL GURROLA

H:\SXM\CASES\1324\GURROLA\ACK-SELF-SURRENDER.WPD

1

08CR0166