PS 8C
(04/05)

August 19, 2008

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 22 AM 9: 40

### Petition for Summons for Defendant Under Supervision

**Name of Defendant:** Manuel Gurrola (English)         **Dkt No.:** 08CR0166IEG-001

**Reg. No.:** 06898-298

**Name of Judicial Officer:** The Honorable Irma E. Gonzalez, Chief U.S. District Judge.

**Date Conditions of Release Imposed:** January 10, 2008, before the Honorable Louisa S. Porter, U.S. Magistrate Judge.

**Conditions of Release:** Restrict travel to Southern & Central Districts of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; and actively seek and maintain full-time employment, schooling, or combination both.

**Modification**: On January 23, 2008, Judge Porter ordered the defendant to submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drugs. On February 5, 2008, your Honor ordered the defendant to participate in and successfully complete an inpatient drug treatment program as directed by Pretrial Services

**Date Supervision Commenced:** January 17, 2008

**Charged Offense:** Bringing In Illegal Alien into the United States without Presentation.

**Next Court Date:** September 2, 2008, at 2:00 p.m. for Self-Surrender/Bond Exoneration Hearing.

**Asst. U.S. Atty.:** Carlos Cantu            **Defense Counsel:** Shaffy Moeel, Fed Def (Appointed)
         (619) 557-5766                                        (619) 234-8467

**Prior Violation History:** On February 5, 2008, Pretrial Services submitted a violation letter informing your Honor the defendant submitted urine specimens on January 24, 25, 29, 30, and 31, 2008, which tested positive for Marijuana and Methamphetamine. Your Honor agreed with Pretrial Services and ordered Mr. Gurrola to participate in and successfully complete a residential drug treatment program.

Name of Defendant: Manuel Gurrola                                August 19, 2008
Docket No.: 08CR0166IEG-001

## PETITIONING THE COURT

**TO SUMMONS THE DEFENDANT TO APPEAR AT THE SAME TIME OF THE SELF-SURRENDER/BOND EXONERATION HEARING ON SEPTEMBER 2, 2008, AT 2:00 P.M. SO HE MAY SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
| --- | --- |
| **(Standard Condition)** Not possess or use any narcotic drug or other controlled substance without a lawful medical prescription. | 1. On August 5, 2008, the defendant submitted a urine specimen which tested positive for Methamphetamine.<br><br>2. On August 8, 2008, the defendant admitted ingesting medication without a lawful medical prescription on August 4, 2008. |

*__Grounds for Revocation:__* I received and reviewed written laboratory notifications from the U.S. Pretrial Services laboratory which verify the urine specimens provided by the defendant at the U.S. Pretrial Services office in the Southern District of California on August 5, 2008, confirmed positive for methamphetamine.

On August 5, 2008, an observed urinalysis was obtained from the defendant by Mental Health Systems, Inc.(MHS), a contract facility in the Southern District of California. On August 7, 2008, U.S. Pretrial Services Drug Analysis Carlos Martinez received the sample in the laboratory, verified the sample's integrity and placed the sample in a secure laboratory refrigerator. On August 7, 2008, U.S. Pretrial Services Drug Analysis Technician Mary Sloan retrieved the sample from the refrigerator. Ms. Sloan's testing of the sample showed it screened positive for Methamphetamine. On August 11, 2008, U.S. Pretrial Services Drug Analysis Technician Carlos Martinez retrieved the sample from the secured short term refrigerator. Mr. Martinez conducted a gas chromography/mass spectometry (GC/MS) test of the sample which confirmed positive for Methamphetamine. The result was reviewed for accuracy by U.S. Pretrial Supervising Drug Analysis Specialist Paula Svandova. Pursuant to 18 USC 3154, GC/MS is the accepted standard to confirm actionable drug test results.

When questioned about the positive test result on August 8, 2008, Mr. Gurrola denied using any illicit substance. However, he admitted having difficulties sleeping the night of August 4, 2008, and ingested his wife's prescription medication, Amitriptyline HCL Tab 10mg, with an expiration of February 2007. On August 11, 2008, Mr. Gurrola reported to the office and admitted to the undersigned he consumed his friend's coffee on the evening of August 4, 2008, which contained methamphetamine. According to the defendant, he was not aware the coffee contained any illicit drug until after the fact.

Name of Defendant: Manuel Gurrola                                              August 19, 2008
Docket No.: 08CR0166IEG-001

Page 3

---

**SUPERVISION ADJUSTMENT**

Mr. Gurrola originally commenced pretrial release on January 10, 2008, and admitted using illicit substances in the past. Thereafter, conditions were modified to include drug testing. Mr. Gurrola was unable to address his serious drug addiction on his own and after the submission of several positive urine specimens, he was ordered to participate in and successfully complete an inpatient drug treatment program as directed by Pretrial Services. On January 31, 2008, Mr. Gurrola entered the CRASH, Inc. drug treatment program and remained there until June 9, 2008. Mr. Gurrola continues to attend the CRASH Aftercare program on Tuesdays and Thursdays.

Mr. Gurrola was sentenced by your Honor on June 2, 2008, to the custody of the Bureau of Prisons for thirteen months followed by three years of supervised release. Your Honor has allowed Mr. Gurrola to surrender for service of his sentence on September 2, 2008, by 12:00 p.m.

Criminal computerized record checks reveal no new violations or convictions.

**RECOMMENDATION/JUSTIFICATION**

Mr. Gurrola's inexcusable action and response to the non-compliance clearly demonstrates his failure to abide by the conditions of release set by the Court. Mr. Gurrola has been sentenced by the Court and the Bureau of Prisons have already designated him to an institution. Therefore, Pretrial Services requests the defendant be ordered to appear before the Court at the same time of the Self-Surrender/Bond Exoneration Hearing on September 2, 2008, at 2:00 p.m. so he may show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: August 19, 2008**

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _[signature]_
Boris Ilic
Supervising U.S. Pretrial Services Officer
(619) 557-5932
San Diego, CA

Reviewed and approved:

_[signature]_
Sean Keohane
Deputy Chief U.S. Pretrial Services Officer

PS 8C

Name of Defendant: Manuel Gurrola                                    August 19, 2008
Docket No.: 08CR0166IEG-001

Page 4

## THE COURT ORDERS:

__X__   AGREE, SUMMONS THE DEFENDANT TO APPEAR AT THE SAME TIME OF THE SELF-SURRENDER/BOND EXONERATION HEARING ON SEPTEMBER 2, 2008, AT 2:00 P.M. SO HE MAY SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

_____   Other _____

_____

_____          _8/20/08_____
The Honorable Irma E. Gonzalez              Date
Chief U.S. District Judge